UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


GAIL HALL,

                                                    Case No. 06-13532
          Plaintiff,                                  (consolidated with 06-13351)
                                                    Honorable Nancy G. Edmunds
v.

KIDNEY REPLACEMENT
SERVICES, INC.,

          Defendant.
_____/

### ORDER CONSOLIDATING CASE NO. 06-13532 WITH CASE NO. 06-13351


          The Court may order consolidation of separate cases pursuant to Federal Rule of Civil

Procedure 42(a), which provides:

          When actions involving a common question of law or fact are pending before the
          court, it may order a joint hearing or trial of any or all the matters in issue in the
          actions;  it may order all the actions consolidated; and it may make such orders
          concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The purpose of this rule is to promote convenience and judicial economy.

          Being fully advised in the premises and having read the pleadings, the Court hereby

CONSOLIDATES CASE NUMBER 06-13532 WITH 06-13351.  ALL SUBSEQUENT

PLEADINGS SHALL BE ENTERED UNDER THE LOWER CASE NUMBER OF 06-13351.

Further, CASE NUMBER 06-13532 IS HEREBY CLOSED FOR ADMINISTRATIVE

PURPOSES.

                    s/Nancy G. Edmunds_____
                    Nancy G. Edmunds
                    United States District Judge

Dated:  January 4, 2007

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2007, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager